UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Life Spine, Inc.
                    Plaintiff,

v.                                               Case No.: 1:19–cv–07092
                                              Honorable Young B. Kim

Aegis Spine, Inc.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 22, 2022:

      MINUTE entry before the Honorable Young B. Kim: Defendant's attorneys' motion to withdraw [483] is entered and continued. A hearing on the motion is scheduled for January 27, 2023, at 11:00 a.m. by phone. The conference call number for the motion hearing is (877) 336–1839 and the passcode is 4333213. Defendant's corporate representative must appear for the motion hearing by phone. The period between now and the motion hearing should be adequate for Defendant to either resolve its issues with its current attorneys or retain new attorneys to appear in this case. Mailed notice (ec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.