# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Life Spine, Inc.
                        Plaintiff,

v.                                                  Case No.: 1:19–cv–07092
                                                           Honorable Young B. Kim

Aegis Spine, Inc.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 27, 2023:

      MINUTE entry before the Honorable Young B. Kim: Motion hearing held. Defendant's attorneys' unopposed motion to withdraw [483] is granted. Defendant's CEO appeared for the motion hearing. Defendant is granted additional time to retain new attorneys. Withdrawing attorneys are to email Plaintiff the most recent contact information for Defendant's CEO. Plaintiff is granted leave to communicate with Defendant's CEO until it receives written notice from Defendant's new attorneys of their appearance in this case. A follow up status hearing is set for February 17, 2023, at 11:00 a.m. by phone. Parties are to use the same call–in information. Plaintiff's request for an immediate schedule to brief its motion for rule to show cause and to eliminate bond, (R. 486; R. 490), is denied, but the court will issue a briefing schedule at the next status even if Defendant's new attorneys do not appear. Mailed notice (ec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.