# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Life Spine, Inc.

                    Plaintiff,

v.                                      Case No.: 1:19–cv–07092

                                                    Honorable Young B. Kim

Aegis Spine, Inc.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 30, 2023:

      MINUTE entry before the Honorable Young B. Kim: Defendant's motion for partial summary judgment [[421], [432]] and Plaintiff's cross−motion for partial summary judgment [[426],[437]] are granted in part and denied in part. Enter Memorandum Opinion and Order. Plaintiff is directed to email a copy of this order and the opinion to Defendant by tomorrow. Mailed notice (ec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.